IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00274-WDM-3

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3.     LUIS ENRIQUE MEZA,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the **material witness, Macario Gastelum-Almeida**, date of birth August 16, 1976, prisoner number #34847-013, before a United States District Judge , on July 13, 2009, at 8:30am, for jury trial in the case of USA v. Luis Enrique Meza in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

Dated this 28th day of April, 2009.

**BY THE COURT:**

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge