IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00274-WDM-3

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3.      LUIS ENRIQUE MEZA,

       Defendant

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the **material witness, Williams Urias-Almeida**, date of birth September 28, 1984, prisoner number  #34848-013, before a United States District Judge, on July 13, 2009, at 8:30am, for jury trial in the case of USA v. Luis Enrique Meza in the above captioned cause, and to hold him/her at all times in the United States Marshal's custody as an agent of the United States of America until he/she has appeared as a material witness, and immediately thereafter to return the witness to the institution where he/she is now confined, under safe and secure conduct..

Dated this 28th day of April, 2009.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge